BENJAMIN WOLEK, BY JOHN WOLEK, HIS NEXT FRIEND, AND JOHN WOLEK, PLAINTIFFS, v. PUBLIC SERVICE RAILWAY COMPANY, A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT.

Argued June 5, 1923—Decided October 29, 1923.

**Master and Servant—Principal and Agent—Common Enterprise.**

On plaintiff's application for a rule to show cause why a verdict in favor of the defendant should not be set aside.

Before Justices TRENCHARD and PARKER.

For the plaintiffs, *John W. Palmer.*

For the defendant, *Leonard J. Tynan* and *William H. Speer.*

PER CURIAM.

Our examination of the case results in the conclusion that the rule should be granted.

Among other points made are these:

(1) That the court erred in submitting to the jury the question whether the relationship of master and servant, of principal and agent, or mutual responsibility in a common enterprise, existed between the driver (of defendant's truck) and Benjamin Wolek (the plaintiff).

(2) That the court erred in charging the jury as to what constitutes a common enterprise.

Since this is a mere application for a rule to show cause it is sufficient now to say that we are clearly of the opinion that these questions should be passed upon by the Supreme Court, and to that end the application for the rule to show cause should be granted. It is granted accordingly.